

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★       ★ ★ ★

## MEMORANDUM OPINION

Nos. 04-09-00511-CR, 04-09-00512-CR, 04-09-00513-CR,
04-09-00514-CR, & 04-09-00515-CR

Sally **LEESON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court Nos. 08-1270-CR, 08-1474-CR, 08-1475-CR, 08-1476-CR, & 09-0026-CR
Honorable Gary L. Steel, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed: November 11, 2009

DISMISSED

On September 15, 2009, this court issued an order stating these appeals would be dismissed

pursuant to Rule 25.2(d) unless an amended trial court certification that shows appellant has the right

of appeal was made part of the appellate record within thirty days. *See* TEX. R. APP. P. 25.2(d), 37.1;

*see also Daniels v. State*, 110 S.W.3d 174, 175-76 (Tex. App.—San Antonio 2003, order).

Appellant did not file an amended certification. The clerk's record does not contain a certification that shows the defendant has the right of appeal; to the contrary, the trial court certification in the record states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The clerk's record contains a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; therefore, the clerk's record supports the trial court's certification that defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). Accordingly, we dismiss the appeals. *See* TEX. R. APP. P. 25.2(d).

PER CURIAM

DO NOT PUBLISH